OPINION — AG — ** MUNICIPAL JUDGE — SEARCH WARRANT — ISSUANCE ** QUESTION: DOES THE POLICE JUDGE OF THE CITY OF PURCELL HAVE THE AUTHORITY TO ISSUE A SEARCH WARRANT DIRECTING A SEARCH FOR INTOXICATING LIQUOR ? — NEGATIVE (DISTRICT COURT, CITY ORDINANCE, ISSUANCE) CITE: 12 O.S. 1221 [12-1221], 12 O.S. 1224 [12-1224], 37 O.S. 84 [37-84] [37-84] (LEWIS A. WALLACE)